# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 97-2420

_____

David Lester,                               *
                                            *
            Appellant,                      *
                                            *
    v.                                      *
                                            *
John Byus, Arkansas Department of           *
Correction,                                 *
                                            *
            Appellee,                       *
                                            *
Lisa A. Roger, PHP Healthcare               *    Appeal from the United States
Corporation, Arkansas Department of         *    District Court for the
Correction; H. W. Thomas, Dr., Delta        *    Eastern District of Arkansas.
Regional Unit, Arkansas Department          *        [UNPUBLISHED]
of Correction; Mark Cashion, Delta          *
Regional Unit, Arkansas Department          *
of Correction; Joe Ann Burnett, Delta       *
Regional Unit, Arkansas Department          *
of Correction, originally sued as Janet     *
Burnett,                                    *
                                            *
            Defendants.                     *

_____

Submitted:  January 5, 1999

Filed:  January 8, 1999

_____

Before WOLLMAN, HANSEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

David Lester, an Arkansas inmate, appeals from the district court's[1] dismissal of his 42 U.S.C. § 1983 action following an evidentiary hearing. Lester claimed that defendant failed to provide him with proper medical care for an eye condition. Having carefully reviewed the record, we conclude dismissal was proper because Lester failed to offer evidence for holding defendant liable for the medical care he received other than on a respondeat-superior basis. See Boyd v. Knox, 47 F.3d 966, 968 (8th Cir. 1995). Accordingly, we affirm the judgment. We deny all of Lester's pending motions.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.

---

[1]The Honorable Stephen M. Reasoner, United States District Judge for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable H. David Young, United States Magistrate Judge for the Eastern District of Arkansas.